**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 19-mc-00105-RM

UNITED STATES DEPARTMENT OF JUSTICE, DRUG ENFORCEMENT
ADMINISTRATION,

      Petitioner,

v.

STATE OF COLORADO BOARD OF PHARMACY,
PATTY SALAZAR, EXECUTIVE DIRECTOR OF THE COLORADO DEPARTMENT OF
REGULATORY AGENCIES, and
APPRISS, INC.,

      Respondents.

_____

**ORDER GRANTING MOTION**
**AND**
**DIRECTING SERVICE OF PETITION AND BRIEFING SCHEDULE**
_____

This matter is before the Court on the Unopposed Motion by Petitioner for Order

Directing Service of Petition and Briefing Schedule (ECF No. 7) filed pursuant to Fed. R. Civ. P.

81(a)(5).  In the motion, Petitioner seeks an order from this Court to permit service of this matter

to be effected through service of the petition and of this Order directing a response.  In other

words, that no summons need be served.  In addition, Petitioner proposes a briefing schedule on

the outstanding Petition.  Respondents, through counsel, do not oppose this method of service or

the proposed briefing schedule.

Rule 81 of the Federal Rules of Civil Procedure governs this summary proceeding in

which the Drug Enforcement Administration ("DEA") seeks an order directing Respondents to

comply with two subpoenas the DEA issued pursuant to the Comprehensive Drug Abuse

Prevention and Control Act of 1970. And, under Rule 81(a)(5), the Federal Rules of Civil

Procedure apply to this proceeding "except as otherwise provided by statute, by local rule, or by

court order in the proceedings." Thus, Rule 81 provides a district court flexibility in its

application of the civil rules. *See United States v. Elmes*, 532 F.3d 1138, 1143-44 (11th Cir.

2008). Accordingly, based on the record, it is

ORDERED that the Unopposed Motion by Petitioner for Order Directing Service of

Petition and Briefing Schedule (ECF No. 7) is GRANTED; and it is

FURTHER ORDERED that Petitioner shall serve a copy of this Order, together with the

Petition for Expedited Order Enforcing Administrative Subpoenas and the exhibit attached to

that Petition, upon Respondents in accordance with the procedures of Federal Rule of Civil

Procedure 4, except that pursuant to Rule 81(a)(5), Rule 4 is modified such that no summons is

required to be served on any Respondent; and it is

FURTHER ORDERED that Respondents shall file a written response to the Petition on

or before December 6, 2019, and Petitioner shall file a written reply on or before December 23,

2019.

DATED this 19th day of November, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge