# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Miscellaneous Action No. 19-mc-00105-RM

UNITED STATES DEPARTMENT OF JUSTICE, DRUG ENFORCEMENT
ADMINISTRATION,

      Petitioner,

v.

STATE OF COLORADO BOARD OF PHARMACY,
PATTY SALAZAR, EXECUTIVE DIRECTOR OF THE COLORADO DEPARTMENT OF
REGULATORY AGENCIES, and
APPRISS INC.,

      Respondents.

---

## APPRISS INC.'S RESPONSE TO PETITION FOR EXPEDITED
## ORDER ENFORCING ADMINISTRATIVE SUBPOENAS

---

Respondent Appriss Inc. hereby submits this Response to the Petition for Expedited Order

Enforcing Administrative Subpoenas (the "Petition") (ECF No. 1) filed by the United States

Department of Justice, Drug Enforcement Administration ("DEA"). For the reasons explained

below, Appriss does not take a position on the relief sought by the DEA and will comply with any

court order.

The DEA requests a court order directing compliance with two administrative subpoenas

(the "Subpoenas"). The DEA issued the Subpoenas to the State of Colorado Board of Pharmacy

("Board of Pharmacy") under the Comprehensive Drug Abuse Prevention and Control Act of 1970

("Controlled Substances Act"). (*See* ECF No. 1, at 1-3.)

The Subpoenas seek prescription drug dispensation data from Colorado's Prescription

Drug Monitoring Database ("PDMP") for two pharmacies under investigation. (*Id.*) The state

collects PDMP data from pharmacies in Colorado who dispense controlled substances. (ECF No.

1-1, at 6.) Pharmacists and physicians check the PDMP before prescribing or dispensing additional controlled substances to patients in order to detect abuse and avoid duplicative prescriptions.

Appriss has a contractual relationship with the Colorado Board of Pharmacy through which Appriss provides software, infrastructure and other services related to the PDMP. (ECF No. 1, at 3; *see* Colo. Rev. Stat. § 12-280-403(5).) Appriss is not permitted to release PDMP data except as authorized by the Board of Pharmacy.

The DEA did not serve the Subpoenas on Appriss. The DEA issued the Subpoenas to the "Colorado State Board of Pharmacy PDMP" and the "Colorado Board of Pharmacy," with a listed service address at the Board of Pharmacy in Denver, Colorado. (ECF No. 1-1, at 16, 19.)

Because it was not served with or named as the recipient of the Subpoenas, Appriss does not have a legal duty to comply with them.[1] The DEA's request for a court order compelling Appriss to "comply" with the Subpoenas is, therefore, inapposite. (*See* ECF No. 1, at 1.)[2]

Appriss has no desire, however, to create complications in these proceedings. Appriss takes no position on the merits of the Subpoenas, as any dispute concerning the propriety or scope of the Subpoenas is between Colorado and the DEA. And Appriss is prepared to assist Colorado in responding to the Subpoenas consistent with any court directives.

---

[1] Section 876(c) of the Controlled Substances Act permits the Attorney General to initiate enforcement proceedings for an order requiring the "subpenaed person" to comply after his or her "contumacy … or refusal to obey a subpena." 21 U.S.C. § 876(c). Appriss is not a "subpenaed person" under the statute, has not "refus[ed] to obey" any subpoenas and is not, therefore, subject to enforcement under 21 U.S.C. § 876.

[2] According to the Petition, the DEA named Appriss as a respondent in order to avoid "unnecessary complications as to who a proper party should be." (ECF No. 1, at 3.) But the Board of Pharmacy, to Appriss's knowledge, has not contested that it is the proper party for receipt of the Subpoenas. Indeed, the Board of Pharmacy directly solicits law enforcement requests for PDMP data. (ECF No. 1-1, at 11.)

Respectfully submitted this 6th day of December, 2019.

FROST BROWN TODD LLC

*s/* Thomas C. Gleason

Cory J. Skolnick
Thomas C. Gleason
400 W. Market St., Suite 3200
Louisville, KY  40202
Telephone: 502-589-5400
Email: cskolnick@fbtlaw.com
Email: tgleason@fbtlaw.com

Counsel for Respondent Appriss Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of December, 2019 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Kevin Thomas Traskos
Kevin.Traskos@usdoj.gov

David Z. Moskowitz
david.moskowitz@usdoj.gov

Christopher P. Beall
Christopher.Beall@coag.gov

Krista F. Batchelder
krista.batchelder@coag.gov

Pamela Davis Jackson
pam.jackson@coag.gov

> */s/* Thomas C. Gleason
> *Cory J. Skolnick*
> *Thomas C. Gleason*
> FROST BROWN TODD LLC
> 400 W. Market St., 28th Floor
> Louisville, KY 40202
> Telephone: 502-589-5400
> Fax: 502.581.1087
> Email: cskolnick@fbtlaw.com
> Email: tgleason@fbtlaw.com
>
> Counsel for Respondent Appriss Inc.

0010751.0726728 4841-2367-0189