# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-mc-00105-RM

UNITED STATES DEPARTMENT OF JUSTICE, DRUG
ENFORCEMENT ADMINISTRATION,

    Petitioner,

v.

STATE OF COLORADO BOARD OF PHARMACY,
PATTY SALAZAR, EXECUTIVE DIRECTOR OF THE COLORADO
DEPARTMENT OF REGULATORY AGENCIES, and
APPRISS, INC.,

    Respondents.

---

## EXHIBIT 1 TO DECLARATION OF KAREN M. McGOVERN

---

# Department of Justice
## Drug Enforcement Administration

### FAX Transmittal Sheet for DEA Sensitive Information Only

**06/03/2019**
Transmission Date (06/03/2019)

Number of pages being Transmitted _____
(Including this transmittal sheet)

Subpoena Nbr. MK-19-631888   Case Nbr. MK-15-2046

**TO:** Colorado Board of Pharmacy, Prescription Drug Monitoring Program

ATTN: PDMP Administrator 1560 Broadway Ste 1350
Denver, CO 80202-5146

**From:** Drug Enforcement Administration

ATTN: DI Kersti Menchaca
At: 12154 E. Easter Ave., Centennial, CO 80112
Phone: 571-387-2278
Fax:

**Additional Comments**

The attached subpoena has been issued by the Drug Enforcement Administration under federal authority, 21 U.S.C. 876(a) and seeks information in connection with a United States Department of Justice law enforcement investigation.

We request that the information requested be provided in Excel format, if possible. Please contact us if you anticipate any issues with the production format.

If you anticipate that production of the information requested will raise production issues or other questions, we welcome a discussion of those issues. If you confer with us about the capabilities of your database, we may be able to refine our request in a manner to clarify the information sought or to otherwise assist you in an attempt to mitigate the burden of production. If you have any questions, please contact Daniel McCormick, Acting Diversion Program Manager, DEA, at 571-387-2276, or Kevin Traskos, Chief, Civil Division, U.S. Attorney's Office, District of Colorado, at 303-454-0184.

**NOTICE: This is an official government communication that may contain privileged or sensitive information intended solely for the individual or entity to which it is addressed. Any review, retransmission, dissemination, or other use or action taken upon this information by persons or entities other than the intended recipient is prohibited. If you are not the intended recipient or believe you received this communication in error, please contact the sender immediately.**

Note: If you have any problems with this transmission (incorrect number of pages/poor quality), call the sender and request retransmission.

# U.S. DEPARTMENT OF JUSTICE/DRUG ENFORCEMENT ADMINISTRATION
## SUBPOENA

In the matter of the investigation of
Case No: MK-15-2046
Subpoena No. MK-19-631888

**TO:** Colorado Board of Pharmacy, Prescription Drug Monitoring Program
**AT:** PDMP Administrator 1560 Broadway Ste 1350 Denver, CO 80202-5146

**PHONE:** 3038947430
**FAX:**

**GREETING:** By the service of this subpoena upon you by Diversion Investigator Kersti Menchaca who is authorized to serve it, you are hereby commanded and required to appear before Diversion Investigator Kersti Menchaca , an officer of the Drug Enforcement Administration to give testimony and to bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Pursuant to an investigation of violations of 21 U.S.C. 801 et seq., please provide the following information. We request that you provide a dispensing summary of all controlled substance prescriptions filled by [Redacted] pharmacies located in Colorado. Please see attached for the list of individual pharmacies.

The time frame of this request is January 1, 2014 to present.

This summary should include the name and DEA registration number of the person authorizing the prescription, the prescription number, the name of the controlled substance dispensed, quantity dispensed, date dispensed, name and address of the patient, and method of payment.

Please also provide all "unsolicited reports" sent to any of the same [Redacted] pharmacies located in Colorado from January 1, 2014 to present. See Colo. Rev. Stat § 12-42.5-404(7).

Attachment: [Redacted] Pharmacy List

Please do not disclose the existence of this request or investigation for an indefinite time period. Any such disclosure could impede the criminal investigation being conducted and interfere with the enforcement of the Controlled Substances Act.

Please direct questions concerning this subpoena and/or responses to DI Kersti Menchaca, 571-387-2278, or Assistant U.S. Attorney Kevin Traskos at 303-454-0184 or kevin.traskos@usdoj.gov.

Place and time for appearance: At 12154 E. Easter Ave., Centennial, CO 80112 on the 13th day of June, 2019 at 09:00 AM. In lieu of personal appearance, please email records to Kersti.A.Menchaca@usdoj.gov.

Failure to comply with this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

Issued under authority of Sec. 506 of the Comprehensive Drug Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)
**ORIGINAL**

Signature: *Daniel J. M'Cormick*
Daniel J. McCormick
Acting Diversion Program Manager

Issued this 3rd day of June 2019

FORM DEA-79

## U.S. DEPARTMENT OF JUSTICE/DRUG ENFORCEMENT ADMINISTRATION
## SUBPOENA

In the matter of the investigation of
Case No: MK-15-2046
Subpoena No. MK-19-631888

**TO:** Colorado Board of Pharmacy, Prescription Drug Monitoring Program
**AT:** PDMP Administrator 1560 Broadway Ste 1350 Denver, CO 80202-5146

**PHONE:** 3038947430
**FAX:**

**GREETING:** By the service of this subpoena upon you by Diversion Investigator Kersti Menchaca who is authorized to serve it, you are hereby commanded and required to appear before Diversion Investigator Kersti Menchaca, an officer of the Drug Enforcement Administration to give testimony and to bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Pursuant to an investigation of violations of 21 U.S.C. 801 et seq., please provide the following information. We request that you provide a dispensing summary of all controlled substance prescriptions filled by [Redacted] pharmacies located in Colorado. Please see attached for the list of individual pharmacies.

The time frame of this request is January 1, 2014 to present.

This summary should include the name and DEA registration number of the person authorizing the prescription, the prescription number, the name of the controlled substance dispensed, quantity dispensed, date dispensed, name and address of the patient, and method of payment.

Please also provide all "unsolicited reports" sent to any of the same [Redacted] pharmacies located in Colorado from January 1, 2014 to present. See Colo. Rev. Stat § 12-42.5-404(7).

Attachment: [Redacted] Pharmacy List

Please do not disclose the existence of this request or investigation for an indefinite time period. Any such disclosure could impede the criminal investigation being conducted and interfere with the enforcement of the Controlled Substances Act.

Please direct questions concerning this subpoena and/or responses to DI Kersti Menchaca, 571-387-2278, or Assistant U.S. Attorney Kevin Traskos at 303-454-0184 or kevin.traskos@usdoj.gov.

Place and time for appearance: At 12154 E. Easter Ave., Centennial, CO 80112 on the 13th day of June, 2019 at 09:00 AM. In lieu of personal appearance, please email records to Kersti.A.Menchaca@usdoj.gov.

Failure to comply with this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

Issued under authority of Sec. 506 of the Comprehensive Drug
Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)

**ATTESTED COPY**

Signature: *Daniel J. M'Cormick*

Daniel J. McCormick
Acting Diversion Program Manager

Issued this 3rd day of June 2019

FORM DEA-79

| DEA NUMBER | STORE NUMBER | ADDRESS 1 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Redacted | | | | CO | 81101 |
| | | | | CO | 80004 |
| | | | | CO | 80003 |
| | | | | CO | 80003 |
| | | | | CO | 80403 |
| | | | | CO | 80003 |
| | | | | CO | 80010 |
| | | | | CO | 80013 |
| | | | | CO | 80012 |
| | | | | CO | 80014 |
| | | | | CO | 80017 |
| | | | | CO | 80013 |
| | | | | CO | 80013 |
| | | | | CO | 80012 |
| | | | | CO | 80045 |
| | | | | CO | 80016 |
| | | | | CO | 80011 |
| | | | | CO | 80013 |
| | | | | CO | 81620 |
| | | | | CO | 80301 |
| | | | | CO | 80303 |
| | | | | CO | 80301 |
| | | | | CO | 80301 |
| | | | | CO | 80303 |
| | | | | CO | 80601 |
| | | | | CO | 80020 |
| | | | | CO | 81212 |
| | | | | CO | 80108 |
| | | | | CO | 80108 |
| | | | | CO | 80104 |
| | | | | CO | 80015 |
| | | | | CO | 80112 |
| | | | | CO | 80122 |
| | | | | CO | 80015 |
| | | | | CO | 81520 |
| | | | | CO | 80909 |
| | | | | CO | 80918 |
| | | | | CO | 80917 |
| | | | | CO | 80904 |
| | | | | CO | 80916 |
| | | | | CO | 80911 |
| | | | | CO | 80906 |
| | | | | CO | 80910 |
| | | | | CO | 80907 |
| | | | | CO | 80915 |
| | | | | CO | 80919 |
| | | | | CO | 80918 |
| | | | | CO | 80920 |
| | | | | CO | 80909 |
| | | | | CO | 80915 |
| | | | | CO | 80922 |
| | | | | CO | 80918 |
| | | | | CO | 80907 |

| | | |
|---|---|---|
| Redacted | CO | 80904 |
| | CO | 80918 |
| | CO | 80921 |
| | CO | 80920 |
| | CO | 80909 |
| | CO | 80022 |
| | CO | 80022 |
| | CO | 81321 |
| | CO | 81625 |
| | CO | 80202 |
| | CO | 80210 |
| | CO | 80244 |
| | CO | 80206 |
| | CO | 80222 |
| | CO | 80203 |
| | CO | 80246 |
| | CO | 80220 |
| | CO | 80247 |
| | CO | 80211 |
| | CO | 80234 |
| | CO | 80219 |
| | CO | 80238 |
| | CO | 80249 |
| | CO | 80204 |
| | CO | 80220 |
| | CO | 80227 |
| | CO | 80219 |
| | CO | 80218 |
| | CO | 80205 |
| | CO | 80206 |
| | CO | 80222 |
| | CO | 80435 |
| | CO | 81301 |
| | CO | 81301 |
| | CO | 80113 |
| | CO | 80112 |
| | CO | 80113 |
| | CO | 80113 |
| | CO | 80516 |
| | CO | 80620 |
| | CO | 80439 |
| | CO | 80831 |
| | CO | 80260 |
| | CO | 80260 |
| | CO | 80504 |
| | CO | 80526 |
| | CO | 80524 |
| | CO | 80528 |
| | CO | 80526 |
| | CO | 80817 |
| | CO | 80016 |
| | CO | 81521 |
| | CO | 80525 |
| | CO | 80525 |
| | CO | 80701 |
| | CO | 80246 |

| | |
|---|---|
| CO | 81601 |
| CO | 80401 |
| CO | 81504 |
| CO | 81505 |
| CO | 80634 |
| CO | 80634 |
| CO | 80631 |
| CO | 80631 |
| CO | 80126 |
| CO | 80129 |
| CO | 80130 |
| CO | 80126 |
| CO | 80026 |
| CO | 80215 |
| CO | 80226 |
| CO | 80232 |
| CO | 80228 |
| CO | 80232 |
| CO | 80127 |
| CO | 80127 |
| CO | 80123 |
| CO | 80123 |
| CO | 80127 |
| CO | 80128 |
| CO | 80122 |
| CO | 80124 |
| CO | 80501 |
| CO | 80501 |
| CO | 80504 |
| CO | 80501 |
| CO | 80027 |
| CO | 80537 |
| CO | 80538 |
| CO | 80537 |
| CO | 80537 |
| CO | 81401 |
| CO | 80132 |
| CO | 80233 |
| CO | 80134 |
| CO | 80134 |
| CO | 81005 |
| CO | 81008 |
| CO | 81008 |
| CO | 81004 |
| CO | 81007 |
| CO | 80487 |
| CO | 80751 |
| CO | 80027 |
| CO | 80027 |
| CO | 80233 |
| CO | 80229 |
| CO | 80233 |
| CO | 80602 |
| CO | 80229 |
| CO | 80020 |
| CO | 80021 |



| | |
|---|---|
| CO | 80030 |
| CO | 80033 |
| CO | 80033 |
| CO | 80550 |
| CO | 80863 |
| CO | 80220 |
| CO | 80902 |
| CO | 80226 |
| CO | 80234 |
| CO | 80202 |
| CO | 80524 |
| CO | 80525 |
| CO | 80229 |
| CO | 80154 |
| CO | 80219 |
| CO | 80909 |
| CO | 80122 |
| CO | 80015 |
| CO | 80017 |
| CO | 80017 |
| CO | 80501 |
| CO | 80923 |
| CO | 80014 |
| CO | 80016 |
| CO | 80218 |
| CO | 80122 |
| CO | 80246 |
| CO | 80228 |
| CO | 80127 |
| CO | 80015 |
| CO | 80015 |
| CO | 80233 |
| CO | 80113 |
| CO | 80202 |
| CO | 80239 |

| DEA NUMBER | STORE NUMBER | ADDRESS 1 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Redacted | | | | CO | 81101 |
| | | | | CO | 80004 |
| | | | | CO | 80003 |
| | | | | CO | 80003 |
| | | | | CO | 80403 |
| | | | | CO | 80003 |
| | | | | CO | 80010 |
| | | | | CO | 80013 |
| | | | | CO | 80012 |
| | | | | CO | 80014 |
| | | | | CO | 80017 |
| | | | | CO | 80013 |
| | | | | CO | 80013 |
| | | | | CO | 80012 |
| | | | | CO | 80045 |
| | | | | CO | 80016 |
| | | | | CO | 80011 |
| | | | | CO | 80013 |
| | | | | CO | 81620 |
| | | | | CO | 80301 |
| | | | | CO | 80303 |
| | | | | CO | 80301 |
| | | | | CO | 80301 |
| | | | | CO | 80303 |
| | | | | CO | 80601 |
| | | | | CO | 80020 |
| | | | | CO | 81212 |
| | | | | CO | 80108 |
| | | | | CO | 80108 |
| | | | | CO | 80104 |
| | | | | CO | 80015 |
| | | | | CO | 80112 |
| | | | | CO | 80122 |
| | | | | CO | 80015 |
| | | | | CO | 81520 |
| | | | | CO | 80909 |
| | | | | CO | 80918 |
| | | | | CO | 80917 |
| | | | | CO | 80904 |
| | | | | CO | 80916 |
| | | | | CO | 80911 |
| | | | | CO | 80906 |
| | | | | CO | 80910 |
| | | | | CO | 80907 |
| | | | | CO | 80915 |
| | | | | CO | 80919 |
| | | | | CO | 80918 |
| | | | | CO | 80920 |
| | | | | CO | 80909 |
| | | | | CO | 80915 |
| | | | | CO | 80922 |
| | | | | CO | 80918 |
| | | | | CO | 80907 |

| | |
|---|---|
| CO | 80904 |
| CO | 80918 |
| CO | 80921 |
| CO | 80920 |
| CO | 80909 |
| CO | 80022 |
| CO | 80022 |
| CO | 81321 |
| CO | 81625 |
| CO | 80202 |
| CO | 80210 |
| CO | 80244 |
| CO | 80206 |
| CO | 80222 |
| CO | 80203 |
| CO | 80246 |
| CO | 80220 |
| CO | 80247 |
| CO | 80211 |
| CO | 80234 |
| CO | 80219 |
| CO | 80238 |
| CO | 80249 |
| CO | 80204 |
| CO | 80220 |
| CO | 80227 |
| CO | 80219 |
| CO | 80218 |
| CO | 80205 |
| CO | 80206 |
| CO | 80222 |
| CO | 80435 |
| CO | 81301 |
| CO | 81301 |
| CO | 80113 |
| CO | 80112 |
| CO | 80113 |
| CO | 80113 |
| CO | 80516 |
| CO | 80620 |
| CO | 80439 |
| CO | 80831 |
| CO | 80260 |
| CO | 80260 |
| CO | 80504 |
| CO | 80526 |
| CO | 80524 |
| CO | 80528 |
| CO | 80526 |
| CO | 80817 |
| CO | 80016 |
| CO | 81521 |
| CO | 80525 |
| CO | 80525 |
| CO | 80701 |
| CO | 80246 |

| | |
|---|---|
| Redacted | |
| CO | 81601 |
| CO | 80401 |
| CO | 81504 |
| CO | 81505 |
| CO | 80634 |
| CO | 80634 |
| CO | 80631 |
| CO | 80631 |
| CO | 80126 |
| CO | 80129 |
| CO | 80130 |
| CO | 80126 |
| CO | 80026 |
| CO | 80215 |
| CO | 80226 |
| CO | 80232 |
| CO | 80228 |
| CO | 80232 |
| CO | 80127 |
| CO | 80127 |
| CO | 80123 |
| CO | 80123 |
| CO | 80127 |
| CO | 80128 |
| CO | 80122 |
| CO | 80124 |
| CO | 80501 |
| CO | 80501 |
| CO | 80504 |
| CO | 80501 |
| CO | 80027 |
| CO | 80537 |
| CO | 80538 |
| CO | 80537 |
| CO | 80537 |
| CO | 81401 |
| CO | 80132 |
| CO | 80233 |
| CO | 80134 |
| CO | 80134 |
| CO | 81005 |
| CO | 81008 |
| CO | 81008 |
| CO | 81004 |
| CO | 81007 |
| CO | 80487 |
| CO | 80751 |
| CO | 80027 |
| CO | 80027 |
| CO | 80233 |
| CO | 80229 |
| CO | 80233 |
| CO | 80602 |
| CO | 80229 |
| CO | 80020 |
| CO | 80021 |



| | |
|---|---|
| CO | 80030 |
| CO | 80033 |
| CO | 80033 |
| CO | 80550 |
| CO | 80863 |
| CO | 80220 |
| CO | 80902 |
| CO | 80226 |
| CO | 80234 |
| CO | 80202 |
| CO | 80524 |
| CO | 80525 |
| CO | 80229 |
| CO | 80154 |
| CO | 80219 |
| CO | 80909 |
| CO | 80122 |
| CO | 80015 |
| CO | 80017 |
| CO | 80017 |
| CO | 80501 |
| CO | 80923 |
| CO | 80014 |
| CO | 80016 |
| CO | 80218 |
| CO | 80122 |
| CO | 80246 |
| CO | 80228 |
| CO | 80127 |
| CO | 80015 |
| CO | 80015 |
| CO | 80233 |
| CO | 80113 |
| CO | 80202 |
| CO | 80239 |



## Colorado State Board of Pharmacy
## Prescription Drug Monitoring Program

1560 Broadway, Suite 1350  
Denver, CO 80202

(303) 894-5957  
(303) 869-0133 – FAX  
711 – V/TDD

### LAW ENFORCEMENT FORM FOR PDMP PHARMACY DATA

**OFFICER INFORMATION:**

Name: __Kersti Menchaca__  Division: __DEA/Denver__  Badge Number: _____

Agency Address: __12154 East Easter Avenue__  __Centennial__  __CO__  __80112__
  Street  City  State  Zip
[Report will be mailed to this address]

Email address: __kersti.a.menchaca@usdoj.gov__  Phone number: __571-387-2278__

Name: __Redacted *See attached for full list__  Pharmacy Registration Number: _____

**PHARMACY INFORMATION:**

DEA Registration: _____

Address: _____
  Street  City  State  Zip
Other identifying information: _____

**REQUEST INFORMATION:**

Date range for the dispensing report: __01/01/2014 thru present__  Case Number: __MK-15-2046__

Attach a copy of the subpoena or court order.

I acknowledge and verify the following:
- The information I am accessing is for a case that I am currently investigating and
- If I release, obtain, or attempt to obtain information from the program in violation of CRS 12-42.5-404, I may be fined for each violation and may be subject to other civil or criminal penalties or liabilities under the law.

In the event the attached subpoena or court order was issued by a court in a jurisdiction outside of the State of Colorado, in addition to the above I further acknowledge and verify the following:
- The release of information shall not constitute an acceptance of jurisdiction over the Colorado State Board of Pharmacy (Board) by the issuing court for any purpose beyond the release of the information that is specifically requested in the attached subpoena or official court order.

_Kersti A Menchaca_  06/03/2019
Authorized law enforcement representative signature:  Date:

Mail to 1560 Broadway, Ste. 1350, Denver, CO 80202  
Fax to 303-869-0133  
E-Mail to pdmpinqr@state.co.us

# Department of Justice
# Drug Enforcement Administration

## FAX Transmittal Sheet for DEA Sensitive Information Only

**06/03/2019**
Transmission Date (mm/dd/yyyy)

Number of pages being Transmitted _____
(Including this transmittal sheet)

Subpoena Nbr. MK-19-656106   Case Nbr. GFMK-19-9098

**TO:** Colorado Board of Pharmacy, Prescription Drug Monitoring Program

ATTN: PDMP Administrator, 1560 Broadway Suite 1350 Denver, CO 80202

**From:** Drug Enforcement Administration
ATTN: DI Kathryn Kohman
At: Kathryn.E.Kohman@usdoj.gov or 12154 E. Easter Ave., Centennial, CO 80112
Phone: 571-387-2277
Fax: 720

**Additional Comments**

The attached subpoena has been issued by the Drug Enforcement Administration under federal authority, 21 U.S.C. § 876(a) and seeks information in connection with a United States Department of Justice law enforcement investigation.

We request that the information requested be provided in Excel format, if possible. Please contact us if you anticipate any issues with the production format.

If you anticipate that production of the information requested will raise production issues or other questions, we welcome a discussion of those issues. If you confer with us about the capabilities of your database, we may be able to refine our request in a manner to clarify the information sought or to otherwise assist you in an attempt to mitigate the burden of production. If you have any questions, please contact Daniel McCormick, Acting Diversion Program Manager, DEA, at 571-387-2276, or Kevin Traskos, Chief, Civil Division, U.S. Attorney's Office, District of Colorado, at 303-454-0184.

**NOTICE:** This is an official government communication that may contain privileged or sensitive information intended solely for the individual or entity to which it is addressed. Any review, retransmission, dissemination, or other use or action taken upon this information by persons or entities other than the intended recipient is prohibited. If you are not the intended recipient or believe you received this communication in error, please contact the sender immediately.

Note: If you have any problems with this transmission (incorrect number of pages/poor quality), call the sender and request retransmission.

# U.S. DEPARTMENT OF JUSTICE/DRUG ENFORCEMENT ADMINISTRATION
## SUBPOENA

In the matter of the investigation of
Case No: GFMK-19-9098
Subpoena No. MK-19-656106

**TO:** Colorado Board of Pharmacy, Prescription Drug Monitoring Program
**AT:** PDMP Administrator, 1560 Broadway Suite 1350 Denver, CO 80202

**PHONE:** 303-894-7430
**FAX:**

**GREETING:** By the service of this subpoena upon you by Diversion Investigator Kathryn E. Kohman who is authorized to serve it, you are hereby commanded and required to appear before Diversion Investigator Kathryn E. Kohman, an officer of the Drug Enforcement Administration to produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Pursuant to an investigation of violations of 21 U.S.C. 801 et seq., please provide the following information. We request that you provide a dispensing summary of all controlled substance prescriptions filled by all [Redacted] pharmacies and [Redacted] pharmacies in Colorado. Please see attachment for the list of the individual pharmacies.

The time frame of this request is January 1, 2014 to present.

This summary should include the name and DEA registration number of the person authorizing the prescription, the prescription number, the name of the controlled substance dispensed, quantity dispensed, date dispensed, name and address of the patient, and method of payment.

Please also provide all "unsolicited reports" sent to any of the same [Redacted] and [Redacted] pharmacies located in Colorado from January 1, 2014 to present. See Colo. Rev. Stat § 12-42.5-404(7).

Attachment: [Redacted] Pharmacy/ [Redacted] Pharmacy List

Please do not disclose the existence of this request or investigation for an indefinite time period. Any such disclosure could impede the Controlled Substance Act investigation being conducted and interfere with the enforcement of the Controlled Substances Act.

Please direct questions concerning this subpoena and/or responses to Diversion Investigator Kathryn E. Kohman, 571-387-2277, or Assistant U.S. Attorney Kevin Traskos at 303-454-0184 or kevin.traskos@usdoj.gov.

Place and time for appearance: At 12154 E. Easter Ave., Centennial, CO 80112 on the 13th day of June, 2019 at 09:00 AM. In lieu of personal appearance, please email records to Kathryn.e.kohman@usdoj.gov.

Failure to comply with this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

Issued under authority of Sec. 506 of the Comprehensive Drug
Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)

**ORIGINAL**

Signature: *Daniel J. McCormick*
Daniel J. McCormick
Acting Diversion Program Manager

Issued this 3rd day of Jun 2019

FORM DEA-79

| DEA NUMBER | LAST NAME | ADDRESS 1 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Redacted | | | | CO | 81008 |
| | | | | CO | 81101 |
| | | | | CO | 80751 |
| | | | | CO | 81201 |
| | | | | CO | 80504 |
| | | | | CO | 80537 |
| | | | | CO | 81082 |
| | | | | CO | 81321 |
| | | | | CO | 80631 |
| | | | | CO | 80104 |
| | | | | CO | 80443 |
| | | | | CO | 81005 |
| | | | | CO | 80538 |
| | | | | CO | 81212 |
| | | | | CO | 80026 |
| | | | | CO | 81401 |
| | | | | CO | 81601 |
| | | | | CO | 81620 |
| | | | | CO | 80909 |
| | | | | CO | 80229 |
| | | | | CO | 80130 |
| | | | | CO | 80817 |
| | | | | CO | 81501 |
| | | | | CO | 80123 |
| | | | | CO | 81050 |
| | | | | CO | 80905 |
| | | | | CO | 80012 |
| | | | | CO | 81230 |
| | | | | CO | 80601 |
| | | | | CO | 80015 |
| | | | | CO | 80477 |
| | | | | CO | 80920 |
| | | | | CO | 80214 |
| | | | | CO | 80031 |
| | | | | CO | 80439 |
| | | | | CO | 81303 |
| | | | | CO | 81052 |
| | | | | CO | 80022 |
| | | | | CO | 80134 |
| | | | | CO | 80110 |
| | | | | CO | 80016 |
| | | | | CO | 80524 |
| | | | | CO | 80231 |
| | | | | CO | 80207 |
| | | | | CO | 80915 |
| | | | | CO | 80701 |
| | | | | CO | 80634 |
| | | | | CO | 81650 |
| | | | | CO | 81505 |
| | | | | CO | 80920 |
| | | | | CO | 80127 |
| | | | | CO | 80021 |
| | | | | CO | 81416 |

| State | ZIP |
|---|---|
| CO | 80111 |
| CO | 80011 |
| CO | 80504 |
| CO | 81007 |
| CO | 80132 |
| CO | 80020 |
| CO | 80226 |
| CO | 80234 |
| CO | 80831 |
| CO | 80866 |
| CO | 81625 |
| CO | 80003 |
| CO | 80547 |
| CO | 80107 |
| CO | 80020 |
| CO | 80602 |
| CO | 80004 |
| CO | 80015 |
| CO | 80231 |
| CO | 80123 |
| CO | 80239 |
| CO | 80229 |
| CO | 80915 |
| CO | 80916 |
| CO | 80212 |
| CO | 80526 |
| CO | 80123 |
| CO | 80909 |
| CO | 80222 |
| CO | 80301 |
| CO | 80918 |
| CO | 80014 |
| CO | 80219 |
| CO | 80233 |
| CO | 80227 |
| CO | 80030 |
| CO | 80010 |
| CO | 81147 |
| CO | 80906 |
| CO | 80015 |
| CO | 81504 |
| CO | 81005 |
| CO | 80002 |
| CO | 80501 |
| CO | 80108 |
| CO | 80906 |
| CO | 80920 |
| CO | 80124 |
| CO | 80002 |
| CO | 80016 |
| CO | 81505 |
| CO | 80229 |
| CO | 80207 |
| CO | 80012 |

Redacted

| | | |
|---|---|---|
| Redacted | CO | 80537 |
| | CO | 80209 |
| | CO | 81008 |
| | CO | 80525 |
| | CO | 80620 |
| | CO | 80123 |