TANGIBLE EXHIBIT 1 TO DECLARATION OF JUSTIN WIPF

(FLASH DRIVE)