**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-mc-00105-RM

UNITED STATES DEPARTMENT OF JUSTICE, DRUG ENFORCEMENT ADMINISTRATION,

    Petitioner,

v.

STATE OF COLORADO BOARD OF PHARMACY,
PATTY SALAZAR, EXECUTIVE DIRECTOR OF THE COLORADO DEPARTMENT OF REGULATORY AGENCIES, and
APPRISS, INC.,

    Respondents.

---

### DECLARATION OF CHRISTOPHER P. BEALL

---

I, **Christopher P. Beall**, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury of the laws of the United States of America as follows:

**1.** I serve as a Deputy Attorney General for the State of Colorado in the Office of the Attorney General of Colorado, responsible for the Business & Licensing Section of the Colorado Department of Law. I am counsel of record in the above-captioned proceeding for Respondents the State of Colorado Board of Pharmacy and Patty Salazar in her official capacity as Executive Director of the Colorado Department of Regulatory Agencies (herein, "State Respondents"). I respectfully submit this declaration based on my personal knowledge. This submission is filed in connection with the Brief in Opposition (herein, "Opposition Brief") filed by the State Respondents on this date in response to the Petition for Expedited Order Enforcing

Administrative Subpoenas (herein, "Petition") filed on November 4, 2019, by Petitioner United State Department of Justice, Drug Enforcement Administration (herein, "DEA").

2. I am personally familiar with the matters set out herein.

3. Attached hereto as **Exhibit 1** is a copy, redacted to remove identifying information that would show the identities of the subpoena targets but otherwise true and correct, of correspondence dated July 23, 2019, sent to counsel for the DEA in response to three DEA subpoenas dated June 3, 2019 that were issued to the PDMP.

4. On September 20, 2019, in response to two of the June 3, 2019, subpoenas (MK-19-656106 & MK-19-631888), the State Respondents produced to the DEA through my office two data files comprising more than 18 million prescription records from the Colorado Prescription Drug Monitoring Program ("PDMP") database that had been deidentified by replacing patient identities with unique numeric pseudonyms while maintaining the patient's zip code in the prescription records.

5. Attached hereto as **Exhibit 2** is a copy, redacted to remove identifying information that would show the identity of the subpoena target but otherwise true and correct, of correspondence dated September 12, 2019, sent to the DEA's counsel in response to Subpoena MK-19-823246 concerning Registrant #1.

6. The foregoing is true and accurate, to the best of my knowledge.

DATED at Denver, Colorado, this 6th day of December, 2019.

For:
PHILIP J. WEISER
Colorado Attorney General

*/s/ Christopher P. Beall*
CHRISTOPHER P. BEALL
Deputy Attorney General
Colorado Department of Law