**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Miscellaneous Action No. 19-mc-00105-RM

UNITED STATES DEPARTMENT OF JUSTICE, DRUG ENFORCEMENT ADMINISTRATION,

    Petitioner,

v.

STATE OF COLORADO BOARD OF PHARMACY,
PATTY SALAZAR, EXECUTIVE DIRECTOR OF THE COLORADO DEPARTMENT OF REGULATORY AGENCIES, and
APPRISS INC.,

    Respondents.

## APPRISS INC.'S RESPONSE TO COLORADO'S
## MOTION FOR EVIDENTIARY HEARING

Respondent Appriss Inc. hereby submits this Response to the Motion for Evidentiary Hearing (the "Motion") (ECF No. 20) filed by Respondents State of Colorado Board of Pharmacy and Patty Salazar, in her official capacity as Executive Director of the Colorado Department of Regulatory Agencies ("State Respondents").

In their Motion, State Respondents request an evidentiary hearing for two primary stated purposes: (1) to cross-examine the affirmative testimony proffered by Petitioner United States Department of Justice, Drug Enforcement Administration ("DEA") via affidavit in its original Petition (ECF No. 1); and (2) to permit the DEA to cross-examine the State Respondents' witnesses whose affidavits have been proffered in its Opposition Brief (ECF No. 18).

Based on Appriss' understanding that neither party is seeking discovery or testimony from Appriss, Appriss does not oppose the request for an evidentiary hearing. Barring an order to the

contrary, if the Court wishes to proceed with an evidentiary hearing, Appriss intends to appear and participate through counsel.[1]

Appriss views this dispute as primarily being a matter between the DEA and the State Respondents. Appriss is prepared to comply with any Court Orders and has attempted not to needlessly complicate or raise procedural objections that might slow down the resolution of the dispute on the merits. (See Appriss' Response to the Petition, ECF No. 17).

Respectfully submitted this 27th day of December, 2019.

                                                    FROST BROWN TODD LLC

                                                  *s/* Thomas C. Gleason
                                                  Cory J. Skolnick
                                                  Thomas C. Gleason
                                                  400 W. Market St., Suite 3200
                                                  Louisville, KY 40202
                                                  Telephone: 502-589-5400
                                                  Fax: 502-581-1087
                                                  Email: cskolnick@fbtlaw.com
                                                  Email: tgleason@fbtlaw.com

                                                  Counsel for Respondent Appriss Inc.

---

[1] Appriss's corporate headquarters are located in Louisville, Kentucky. Appriss reserves the right to lodge appropriate objections if either party seeks to require testimony or personal attendance of an Appriss representative during an evidentiary hearing.

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of December, 2019 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Kevin Thomas Traskos
Kevin.Traskos@usdoj.gov

David Z. Moskowitz
david.moskowitz@usdoj.gov

Christopher P. Beall
Christopher.Beall@coag.gov

Krista F. Batchelder
krista.batchelder@coag.gov

Pamela Davis Jackson
pam.jackson@coag.gov

*/s/* Thomas C. Gleason
*Cory J. Skolnick*
*Thomas C. Gleason*
FROST BROWN TODD LLC
400 W. Market St., 28th Floor
Louisville, KY  40202
Telephone: 502-589-5400
Fax: 502-581-1087
Email: cskolnick@fbtlaw.com
Email: tgleason@fbtlaw.com

Counsel for Respondent Appriss Inc.

0010751.0726728   4839-1008-6319