**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Miscellaneous Action No. 19-mc-00105-RM

UNITED STATES DEPARTMENT OF JUSTICE, DRUG ENFORCEMENT ADMINISTRATION,

    Petitioner,

v.

STATE OF COLORADO BOARD OF PHARMACY,
PATTY SALAZAR, EXECUTIVE DIRECTOR OF THE COLORADO DEPARTMENT OF REGULATORY AGENCIES, and
APPRISS, INC.,

    Respondents.

**NOTICE OF SUPPLEMENTAL AUTHORITY**

In accordance with this Court's Practice Standards (IV.E.4), Petitioner submits the accompanying recently-issued supplemental authority, *United States v. Motley*, No. 3:19-cr-00026, --- F. Supp. 3d ---, 2020 WL 1076116 (D. Nev. Mar. 6, 2020), which ruled there is no reasonable expectation of privacy for information stored in a prescription drug monitoring program database. *Id.* at *4-7.

Respectfully submitted this 12th day of March, 2020.

          JASON R. DUNN
          United States Attorney

          *s/ Kevin Traskos*
          Kevin Traskos
          David Moskowitz
          Assistant United States Attorneys
          1801 California Street, Suite 1600
          Denver, CO  80202
          Telephone:  303-454-0100
          Email:  kevin.traskos@usdoj.gov
          Email:  david.moskowitz@usdoj.gov

          Counsel for the U.S. Department of Justice,
          Drug Enforcement Administration

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following email addresses:

    pam.jackson@coag.gov
    Christopher.Beall@coag.gov
    robby.staley@coag.gov
    krista.batchelder@coag.gov

    tgleason@fbtlaw.com
    cskolnick@fbtlaw.com

    sneel@aclu-co.org

*s/ Kevin Traskos*
Office of the U.S. Attorney